988

No. 86–677. SEARS, ROEBUCK & CO. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–698. IMANI, ON BEHALF OF HAYES *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 7th Cir. Certiorari denied.

No. 86–705. WILSON *v.* TURNAGE, DIRECTOR, SELECTIVE SERVICE SYSTEM. C. A. Fed. Cir. Certiorari denied.

No. 86–706. AGATE ET AL. *v.* GENERAL MOTORS CORP. C. A. 6th Cir. Certiorari denied.

No. 86–708. BURWELL *v.* NATIONAL TRANSPORTATION SAFETY BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 86 –721. PRAGER *v.* HODEL, SECRETARY OF THE INTERIOR, ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–722. HOWARD *v.* MARSH, SECRETARY OF THE ARMY. C. A. 8th Cir. Certiorari denied.

No. 86–5001. COUCH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–5013. GARCES ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–5033. BORNING *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 86–5121. HOLBROOK *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 86–5134. MOSIER *v.* MURPHY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 86–5143. ROBERTS *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.